Document Number  Case Number
070              03-CR-0153-S
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
09/05/2006 08:18:34 AM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

RAJIB K. MITRA,

        Petitioner,

                                        ORDER

v.                                     06-C-425-S
                                        03-CR-153-S-01

UNITED STATES OF AMERICA,

        Respondent.
_____

    Petitioner moves to clarify this Court's order setting a briefing schedule on his motion to vacate his sentence.  His motion was properly considered a motion under 28 U.S.C. § 2255.  Accordingly, petitioner's motion to clarify will be denied.

ORDER

    IT IS ORDERED that petitioner's motion to clarify is DENIED.

    Entered this 5th day of September, 2006.

                              BY THE COURT:

                               s/

                             _____
                             JOHN C. SHABAZ
                             District Judge